1678.10479w

RANDALL E. WILLOUGHBY - 43177
ELLYN E. NESBIT - 136398
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
(408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Petitioner
RONALD G. PRAY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. NARAS BHAT, individually and as trustee of Bhat and Bhat Insurance Trust and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERUS LIFE INSURANCE COMPANY, et al,<br><br>Defendants.<br><br>SHORTENING TIME AND COORDINATING HEARING DATE RE: | No. 96-4627SI<br><br>**STIPULATION AND ORDER PERMITTING THE FILING BY RONALD G. PRAY ON SHORTENED TIME OF A MOTION/JOINDER IN MOTIONS TO ENFORCE FINAL ORDER AND JUDGMENT APPROVING CLASS ACTION SETTLEMENT AGREEMENT, AND TO ENJOIN STATE COURT ACTION BY ROBERT A. CHRISTOPHER, WILLIAM A. CHRISTOPHER AND DONALD C. CHRISTOPHER**<br><br>Hearing Date of Motions by AMERUS and PIERCE: December 15, 2006<br><br>Time: 9:00 a.m.<br><br>Courtroom: 10<br><br>Honorable Susan Illston |

1

# STIPULATION

Defendant AmerUs Life Insurance Company, and petitioner Russell E. Pierce have filed motions seeking orders enforcing the Final Order and Judgment entered in this class action, and seeking an order enjoining the Christophers' state court action. The hearing on these motions is set for December 15, 2006. Ronald G. Pray plans to file a motion on the same issues, and to join in the AmerUs and Pierce motions.

The Christophers' counsel plans to file opposition to these motions. In the interest of judicial economy, these parties wish to coordinate a single hearing date for all of the motions. The Christophers' counsel has agreed that petitioner Ronald G. Pray may file a motion/joinder on shortened time so that all of the issues may be addressed in a single proceeding. Pray's motion/joinder is submitted concurrently with this Stipulation and proposed Order.

Counsel for Pray served its papers on the Christopher's counsel on November 20, 2006. Counsel for the Christophers and Pray agree to the following schedule for further briefing:

1) The Christophers' opposition to Pray's motion/joinder must be filed on or before December 4, 2006.

2) Pray's reply is due on or before December 12, 2006.

DATED: November 20, 2006					WILLOUGHBY, STUART & BENING

						By: _____
						ELLYN E. NESBIT
						Attorneys for RONALD G. PRAY

2

DATED: November 20, 2006

FLYNN, ROSE & PERKINS

By: _____
SUSAN D. PELMULDER
Attorneys for the Christophers

## ORDER

**IT IS HEREBY ORDERED:**

(1) that Petitioner Pray is permitted to file his motion/joinder on shortened notice; and

(2) the Christophers' opposition to Pray's motion/joinder must be filed on or before December 4, 2006. Pray's reply is due on or before December 12, 2006.

Dated: December ____, 2006.

_____
SUSAN ILLSTON
United States District Court Judge

3

| | | |
|---|---|---|
| 1 | DATED: November 20, 2006 | FLYNN, ROSE & PERKINS |
| 2 | | |
| 3 | | By: _____ |
| 4 | | SUSAN D. PELMULDER<br>Attorneys for the Christophers |

## ORDER

**IT IS HEREBY ORDERED:**

(1) that Petitioner Pray is permitted to file his motion/joinder on shortened notice; and

(2) the Christophers' opposition to Pray's motion/joinder must be filed on or before December 4, 2006. Pray's reply is due on or before December 12, 2006.

Dated: December ____, 2006.

_____
SUSAN ILLSTON
United States District Court Judge

3